16-14011-LMI

Certificate Number: 02645-FLS-CC-027158241

||||||| |||||||||| ||| |||| ||| ||||||||||| || |||||||||| |||
02645-FLS-CC-027158241

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 22, 2016</u>, at <u>12:54</u> o'clock <u>PM EDT</u>, <u>LOURDES GUILLEN</u> received from <u>123 Credit Counselors, Inc</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.



Date:   <u>March 22, 2016</u>          By:    <u>/s/Elizabeth N Garcia</u>

                                      Name:  <u>Elizabeth N Garcia</u>

                                      Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).